## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| | | |
|---|---|---|
| PETERS BROADCAST ENGINEERING, | : | Case No. 2:20-cv-3135 |
| | : | Judge Michael H. Watson |
| Plaintiff, | : | Magistrate Judge Kimberly A. Jolsen |
| | : | |
| vs. | : | |
| | : | |
| 24 CAPITAL FUNDING, LLC, *et. al.*, | : | |
| | : | |
| Defendants. | : | |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

### DECLARATION OF MARK ALLAYEV IN SUPPORT OF OPPOSITION TO MOTION FOR DEFAULT JUDGMENT

I, Mark Allayev, hereby declare and state as follows:

1. I am the Chief Executive Officer of 24 Capital, LLC. I am competent to testify as to the matters stated herein and make this declaration based upon my personal knowledge.

2. Jason Sankov is not an employee of 24 Capital, LLC and has never been employed by or an employee of 24 Capital, LLC. He is not and has never been the Operations Manager for 24 Capital, LLC.

3. 24 Capital, LLC never received notice of the Complaint from Mr. Sankov at any time and Mr. Sankov is not and has never been the registered agent for 24 Capital, LLC. He is not and has never been an officer of 24 Capital, LLC. He also is not and has never been a managing or general agent of 24 Capital, LLC.

4.      24 Capital, LLC was not aware of this lawsuit until counsel for Peters Broadcast Engineering advised an employee in its collections department that the lawsuit was pending in or around December of 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated the 1st day of March, 2021

Mark Allayev