AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Peters Broadcast Engineering, Inc., ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:20-cv-3135 |
| 24 Capital Funding LLC, et al., ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion to Dismiss (Doc. 31) is GRANTED and Plaintiff's Amended Motion to Certify Class (Doc. 30) is DENIED as moot.  This action is DISMISSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Kimberly A. Jolson on a motion for Dismissal

Date: 09/15/2021

CLERK OF COURT

*(signature)*

Signature of Clerk or Deputy Clerk