# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| PETERS BROADCAST ENGINEERING , INC | : <br> : CASE NO. 2:20-CV-3135 <br> : |
| PLAINTIFF, | : <br> : MAGISTRATE JUDGE JOLSON |
| VS. | : <br> : |
| 24 CAPITAL FUNDING, LLC, et al | : <br> : |
| DEFENDANTS. | : <br> : |

## NOTICE OF APPEAL

Notice is hereby given this 15th day of September 2021, that Plaintiff, Peters Broadcast Engineering, Inc., hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order of this Court entered on September 15, 2021, Docket No. 43.

Respectfully submitted,

*s/Percy Squire*
Percy Squire, Esq. (0022010)
Percy Squire Co., LLC
341 S. Third Street, Suite 10
Columbus, Ohio 43215
614-224-6528 (T)
psquire@sp-lawfirm.com

## CERTIFICATE OF SERVICE

The foregoing was served via the Court's electronic service, September 15, 2021, upon counsel of record.

*s/Percy Squire, Esq.*
Percy Squire, Esq. (0022010)